AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

United States of America
*Plaintiff*
v.
Paul Gross
*Defendant*

Case No. 1:26-po-00662

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

the United States of America .

Date: 03/06/2026

/s/ Allie M. McKnight
*Attorney's signature*

Allie M. McKnight (DC Bar 1779482)
*Printed name and bar number*

U.S. Attorney's Office
Eastern District of Virginia
2100 Jamieson Ave.
Alexandria, VA 22314
*Address*

allie.mcknight@usdoj.gov
*E-mail address*

(703) 236-3855
*Telephone number*

(703) 299-3980
*FAX number*