AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America
*Plaintiff*
v.
Paul A. Gross
*Defendant*

Case No. 1:26-po-00662

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Paul A. Gross .

Date: 04/07/2026

/s/ Steven B. Vinick
*Attorney's signature*

Steven B. Vinick (DC Bar #439359)
*Printed name and bar number*

Stein Sperling Bennett De Jong Driscoll PC
1101 Wootton Parkway, Suite 600
Rockville, Maryland 20852
*Address*

svinick@steinsperling.com
*E-mail address*

(301) 838-3298
*Telephone number*

(301) 354-8198
*FAX number*