IN THE UNITED STATES DISTRICT COURT
FOR THE EASTEN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | : | |
| | : | |
| VS. | : | Case No. 1:26-PO-662 |
| | : | |
| PAUL A. GROSS | : | |
| | : | |
| Defendants | : | |

**ORDER**

Upon consideration of the Defendant's Consent Motion to Vacate the Initial Appearance and Schedule a Status Hearing (ECF No. 7), good cause having been shown, it is this 8th day of April, 2026, by the United States District Court for the Eastern District of Virginia,

**ORDERED**, that Defendant's Consent Motion to Vacate the Initial Appearance and Schedule a Status Hearing shall be and hereby is **GRANTED;** and it is further

**ORDERED,** that the Initial Appearance presently scheduled for April 9, 2026 shall be and hereby is **VACATED;** and it is further,

**ORDERED,** that a status hearing in this matter shall now be scheduled for May 14, 2026 at 9:00 a.m.

/s/
William B. Porter
United States Magistrate Judge

Judge, United States District Court for the Eastern District of Virginia

Copies to:

Steven B. Vinick, Esq.
Stein Sperling Bennett De Jong Driscoll PC
1101 Wootton Parkway, Suite 600
Rockville, Maryland 20852

Dahoud Askar
United States Attorney's Office for the Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, Virginia 22314

STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL P.C.

ATTORNEYS AT LAW
1101 WOOTTON PARKWAY
SUITE 700
ROCKVILLE, MARYLAND 20852

TELEPHONE 301/340-2020